# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Amber Nicole Rollins

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sherri Prince, Maria

Nora            , Angela

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-CV-153-MR-WCM

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☐ Yes ☐ No

Hand-Delivered

FILED
ASHEVILLE, NC

MAY 2 0 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

P.O. Box 263
Ridgecrest, NC 28770

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amber N. Rollins |
| Street Address | 576 Old Toll Road |
| City and County | Black Mountain, Buncombe County |
| State and Zip Code | NC, 28711 |
| Telephone Number | (828) 674-3625 |
| E-mail Address | amber3@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

Name — Maria (last name-unknown)

Job or Title (if known) — Dietary Supervisor

Street Address — 266 Merrimon Avenue

City and County — Asheville, Buncombe County

State and Zip Code — NC, 28801

Telephone Number — (828) 253-6712

E-mail Address (if known) — Unknown

Defendant No. 2

Name — Nora (last name-unknown)

Job or Title (if known) — Dietary Assistant Supervisor

Street Address — 266 Merrimon Avenue

City and County — Asheville, Buncombe County

State and Zip Code — NC, 28801

Telephone Number — (828) 253-6712

E-mail Address (if known) — Unknown

Defendant No. 3

Name — Angela (last name-unknown)

Job or Title (if known) — Receptionist / Operator

Street Address — 266 Merrimon Avenue

City and County — Asheville, Buncombe County

State and Zip Code — NC, 28801

Telephone Number — (828) 253-6712

E-mail Address (if known) — angela@brookshowell.org

Defendant No. 4

Name — Sherri Prince

Job or Title (if known) — Human Resources

Street Address — 266 Merrimon Avenue

City and County — Asheville, Buncombe County

State and Zip Code — NC, 28801

Telephone Number — (828) 253-6712

E-mail Address (if known) — Unknown

You may call the main organization phone number and ask to be transferred to employees work phone and/or direct phone line.

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Brooks-Howell Home (Retirement Home) |
| Street Address | 266 Merrimon Avenue |
| City and County | Asheville, Buncombe County |
| State and Zip Code | NC, 28801 |
| Telephone Number | (828)253-6712 |
| | https://brooks-howell.org |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Wrongful Termination

☑ Relevant state law *(specify, if known)*:

Wrongful Termination

☑ Relevant city or county law *(specify, if known)*:

Wrongful Termination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

[X] Failure to hire me.

[✓] Termination of my employment.

[X] Failure to promote me.

[X] Failure to accommodate my disability.

[✓] Unequal terms and conditions of my employment.

[X] Retaliation. I was terminated from my job position inappropriately during the first write-up

[✓] Other acts *(specify)*: for not working quick enough even though I worked with a

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)* normal and regular pace and speed.

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

I was wrongfully terminated from my Job during middle to late July to middle to late August 2018 approximately.

C. I believe that defendant(s) *(check one)*:

[X] is/are still committing these acts against me.

[✓] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

[✓] race Caucasian (many of my Co-Workers were a hispanic race, so my Supervisor has a preference for

[✓] color White (many of my Co-Workers had tan skin) (hiring hispanic people)

[✓] gender/sex female

[✓] religion Christian

[✓] national origin American

[X] age *(year of birth)* ———— *(only when asserting a claim of age discrimination.)*

[X] disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

My cell phone number and email address has changed since, I have worked at Brooks-Howell Home.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Not Applicable/None-Date of my wrongful job termination: July - August 2018

B.  The Equal Employment Opportunity Commission *(check one)*:

☑ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want to sue Brooks-Howell Home (Retirement Home) for $30,000 dollars because this is the monetary equivalent salary that I could have earned working one year in the job position that I was previously hired in, if I had not been wrongfully terminated from my job position at Brooks-Howell Home due to the

Case 1:26-cv-00153-MR-WCM   Document 1   Filed 05/20/26   Page 5 of 6

Summer of year 2018. I was legally unemployeed for about one year after losing my job at Brooks-Howell Home and I did not have any government jobs that pay a steady consistent salary, and/or benefits during the late summer of year 2018 and about one year after being wrongfully terminated by staff at Brooks-Howell Home during July 2018.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5/12/2026

Signature of Plaintiff     Amber N. Rollins

Printed Name of Plaintiff     Amber Nicole Rollins

### B.      For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____